**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: July 11, 2018**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>   Irvin C. Wallace<br><br>                     Debtor | CASE NO: 18-31634<br>       (Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

AGREED ORDER PRIOR TO CONFIRMATION OF PLAN (Doc. 7)

At the Meeting of Creditors the Debtor amends the unconfirmed plan (Doc. 7) (and any subsequent Amended Plans) at the Meeting of Creditors to provide as follows:

__X__  The Debtor is above median income.

Any subsequent Amended Plan must incorporate the above changes and the Amended Plan and Confirmation Order will control over the Agreed Order.

/s/ Irvin C. Wallace
Irvin C. Wallace
Debtor

/s/ CHRISTOPHER WESNER
CHRISTOPHER WESNER
Attorney for Debtor

/s/ JEFFREY M. KELLNER
Jeffrey M. Kellner 0022205
CHAPTER 13 TRUSTEE
131 N LUDLOW ST  SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
chapter13@dayton13.com

**Copies:**
    Default List